# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS
## June 29, 2007

[Cite as *06/29/2007 Case Announcements,* 2007-Ohio-3274.]

## MISCELLANEOUS DISMISSALS

**2005–2309.   State ex rel. Sears Roebuck & Co. v. Campos.**
Franklin App. No. 04AP–1266, 2005-Ohio-5700. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellant's application for dismissal,

It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

## MEDIATION REFERRALS

The following case has been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

**2007–0948.   State ex rel. McIntyre v. Ravenna.**
In Mandamus.

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS
## July 2, 2007

[Cite as *07/02/2007 Case Announcements,* 2007-Ohio-3322.]

## MOTION AND PROCEDURAL RULINGS

**2007–0595.   State v. Cabrales.**
Hamilton App. No. C–050682, 2007-Ohio-857. This cause is pending before the court on a certification of a conflict from the Court of Appeals for Hamilton County and has been consolidated with 2007–0651, *State v. Cabrales,* Hamilton App. No. C–050682, 2007-Ohio-857, for briefing and argument. To provide for an orderly briefing of the consolidated cases,

It is ordered by the court, sua sponte, that briefing shall proceed as follows:

1) The State of Ohio shall file a brief pursuant to S.Ct.Prac.R. VI(5)(A), within 40 days from the date of this entry.

2) Fernando Cabrales shall file a brief pursuant to S.Ct.Prac.R. VI(5)(B).

3) The State of Ohio shall file a brief pursuant to S.Ct.Prac.R. VI(5)(C).

4) Fernando Cabrales may file a brief pursuant to S.Ct.Prac.R. VI(5)(D).

It is further ordered by the court that counsel for the State of Ohio shall argue first at oral